IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O. ANDERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CDC DIRECTOR, et al.,<br><br>    Defendants.<br>_____/ | 1:05-CV-1190 REC DLB P<br><br><br>ORDER TO SUBMIT NEW<br>APPLICATION TO PROCEED<br>IN FORMA PAUPERIS **OR**<br>PAY FILING FEE |

      Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On September 20, 2005, plaintiff submitted his application to proceed in forma pauperis,  and also submitted a certified copy of  his prison trust account statement pauperis pursuant to 28 U.S.C. § 1915.  On September 26, 2005, plaintiff filed a notice of change of address, indicating that he was being paroled..  Due to his release, the court requires that plaintiff file a new application to proceed in forma pauperis **by a non-prisoner**.  Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis by a non-prisoner, **or** pay the $250.00 filing fee.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to plaintiff the form for application to proceed in

1

forma pauperis **for a non-prisoner;**

      2.     Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

    IT IS SO ORDERED.

    Dated:   October 25, 2005                    **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE