1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  O. ANDERSON,                     1:05-cv-01190-AWI-DLB-P

12              Plaintiff,       **ORDER ADOPTING FINDINGS AND**
                                 **RECOMMENDATION** (Doc. 9)
13  vs.
                                 **ORDER DISMISSING ACTION**
14  CDC DIRECTOR, et al.,

15              Defendants.
    _____/
16

17      Plaintiff, O. Anderson ("plaintiff"), a state prisoner

18  proceeding pro se, has filed this civil rights action seeking

19  relief under 42 U.S.C. § 1983.  The matter was referred to a

20  United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22      On August 29, 2006, the Magistrate Judge filed <u>Findings and</u>

23  <u>Recommendation</u> herein which were served on plaintiff and which

24  contained notice to plaintiff that any objections to the Findings

25  and Recommendation were to be filed within thirty (30) days.  To

26  date, plaintiff has not filed objections to the Magistrate

27  Judge's Findings and Recommendation.

28  //

                               1

1    In accordance with the provisions of 28 U.S.C.

2    § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3    de novo review of this case.  Having carefully reviewed the

4    entire file, the Court finds the Findings and Recommendation to

5    be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed August 29, 2006,

8    are ADOPTED IN FULL; and,

9    2.   This action is DISMISSED based on plaintiff's failure

10   to obey the court's order of October 25, 2005.

11

12   IT IS SO ORDERED.

13   **Dated:    December 12, 2006** _____/s/ **Anthony W. Ishii**_____
     0m8i78                     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2